PD-0270-15

PD-0270-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/11/2015 5:21:45 PM
Accepted 3/12/2015 10:31:03 AM
ABEL ACOSTA
CLERK

NO. _____

| | | |
|---|---|---|
| JOSEPH EDWARD SULLIVAN | § | IN THE |
| VS. | § | COURT OF CRIMINAL APPEALS |
| STATE OF TEXAS | § | AUSTIN, TEXAS |

## MOTION TO EXTEND TIME TO FILE
## PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

Now comes Joseph Edward Sullivan, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file a petition for discretionary review, pursuant to Rule 68.2( C) and 10.5(b) of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 17th District Court of Smith County, Texas.

2. The case in the trial court was styled the State of Texas v. Joseph Edward Sullivan, and numbered 007-1018-12.

3. The case appealed to the Twelfth Court of Appeals in Tyler, Texas and assigned number 12-13-00253-CR. The Court of Appeals issued an opinion on February 11, 2015.

4. Appellant was convicted of Sex Abuse of Child Continuous and was assessed a sentence of life in the Texas Department of Criminal Justice - Institutional Division.

5. The petition for discretionary review is presently due by March 13, 2015. Counsel requests an extension of sixty days due to the number of briefs currently due with deadlines, and the number of appellate matters completed since the opinion was issued. Additionally, Counsel was retained on March 11, 2015 to represent Mr. Sullivan in this matter.

6. Appellant requests an extension of time due to the following facts and

circumstances.

Counsel has submitted the following briefs and other post-conviction matters within the last thirty days:

A.   On February 18, 2015, Counsel filed the Appellant's Brief in Joshua Ardry v. State of Texas, cause no. 12-14-00143-CR; and

B.   On February 19, 2015, Counsel filed the Appellant's Brief in Craig Pruitt v. State of Texas, cause no. 12-14-00303-CR.

Counsel has appeared in numerous hearings in state and federal court over the last thirty days, including hearings in the Eastern District of Texas - Tyler Division, and hearings in Smith and Van Zandt Counties. Counsel serves as the President of the Smith County Bar Foundation which hosted the Supreme Court of Texas for oral arguments on February 25 and 26, 2015. This consumed a great deal of time, especially in the final two weeks culminating with four different events over the two day period for the Court. Counsel also attended the Federal Criminal Bench-Bar Conference in Plano, Texas on February 26 and 27, 2015.

7.   Lastly, Appellant's Counsel has the following briefs pending:

A.   Appellant's Brief in Jolly Neely v. State of Texas, cause no. 12-14-00309-CR on March 11, 2015;

B.   Proposed Findings of Fact and Conclusions of Law for Writ of Habeas Corpus in State of Texas v. Daphne Ausborne on March 13, 2015;

C.   Appellant's Brief in Torvos Simpson v. USA on March 25, 2015 in the 5th Circuit Court of Appeals;

D.   Appellant's Brief in Jason Claire Reese v. State of Texas, cause no. 12-14-00363-CR upon completion of the Reporter's Record;

E.   Appellant's Brief in Donald Ernest Powell v. State of Texas, cause no. 12-14-00355-CR upon the completion of the Reporter's Record;

F.  Appellant's Brief in <u>Oscar Perkins v. State of Texas,</u> cause no. 12-15-00001-CR upon the completion of the Reporter's Record;

G.  Appellant's Brief in <u>Larry Michael Maples v. State of Texas,</u> cause no. 12-14-00337-CR when reset by the Court; and

H.  Appellant's Brief in <u>Fredrick Perkins v. State of Texas,</u> cause no. 12-14-00290-CR when reset by the Court.

8.  Defendant is in custody at the Clements Unit in Amarillo, Texas.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant this Motion To Extend Time to File the Petition for Discretionary Review, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Law Office of James W. Huggler, Jr.
100 E. Ferguson, Suite 805
Tyler, Texas 75702
Tel: (903) 593-2400
Fax: (903) 593-3830

By: /s/ James Huggler
     James W. Huggler, Jr.
     State Bar No. 00795437
     Attorney for Joseph Edward Sullivan

CERTIFICATE OF SERVICE

This is to certify that on March 11, 2015, a true and correct copy of the above and foregoing document was served on Mike West, Assistant Smith County District Attorney, 100 North Broadway Ave., Fourth Floor, Smith County Courthouse, Tyler, Texas, 75702, by electronic service or telephonic document transfer at 903-590-1719.

/s/ James Huggler
James W. Huggler, Jr.

STATE OF TEXAS §
§
COUNTY OF SMITH §

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared James W. Huggler, Jr., who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Petition for Discretionary Review and swear that all of the allegations of fact contained therein are true and correct."

/s/ James Huggler
James W. Huggler, Jr.
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on this the 11th day of March, 2015, to certify which witness my hand and seal of office.

/s/ Amie Gonzalez
Notary Public, State of Texas
My Commission expires on July 19, 2018